UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 162.203.163.22,<br><br>　　　　Defendant. | Case No. 18-cv-02014-JCS<br><br>**ORDER GRANTING AS MODIFIED THIRD EX PARTE APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**<br><br>Re: Dkt. No. 21 |

　　　Good cause having been shown, the time allowed for Plaintiff Strike 3 Holdings, LLC ("Strike 3") to effectuate service is extended to May 13, 2019.

　　　Strike 3 is advised that this Court does not as a matter of course vacate case management conferences "sine die" when no other date to appear is on calendar. Applications and proposed orders seeking relief from appearing at case management conferences in this and other cases where a defendant has not yet appeared should propose a date for a continued case management conference to occur after Strike 3 expects that the defendant will have been served and will have responded to the complaint. This Court holds case management conferences on Fridays at 2:00 PM.

　　　The case management conference previously set for April 26, 2019 is CONTINUED to June 7, 2019 at 2:00 PM.

　　　**IT IS SO ORDERED.**

Dated: April 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge